```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 14990
   JANE E BYRNES
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
   SSN XXX-XX-0056


-----------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 06/11/08 .

    2.   The case was dismissed without confirmation, 10/17/2008.

    3.   The Debtor paid a total of $   1646.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | SECURED | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| BANK OF AMERICA | SECURED VEHIC | .00 | .00 | 810.20 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| BUR COL RECO | UNSECURED | NOT FILED | .00 | .00 |
| TSYS DEBT MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| MACYS | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| H & R ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| MACYS | UNSECURED | NOT FILED | .00 | .00 |

```
            Summary of disbursements:
-----------------------------------------------------------------------------
               SECURED       PRIORITY      UNSECURED       OTHER        TOTAL
```

```
TOTAL CLMS ALLOWED              .00             .00             .00             .00             .00
PRINCIPAL PAID               810.20             .00             .00             .00          810.20
INTEREST PAID                   .00             .00             .00             .00             .00
TOTAL PAID                   810.20             .00             .00             .00          810.20
```

The Debtor's attorney, ERNESTO D BORGES JR          , was allowed $          .00
and was paid $        .00 .

The Trustee received $       48.75 .

Refunds to the Debtor totaled $     787.05 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/16/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 08 B 14990 JANE E BYRNES